UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YOON DOELGER and<br>PETER DOELGER,<br><br>                Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A. and<br>CHICKASAW CAPITAL MANAGEMENT, LLC<br><br>                Defendants. | Civil Action No.: 1:21-CV-11042-ADB |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Steven N. Fuller and the law firm Markun Zusman Freniere Compton LLP as counsel of record for Chickasaw Capital Management, LLC in the above matter.

Dated: August 3, 2021

Respectfully submitted,
CHICKASAW CAPITAL MANAGEMENT, LLC
By its attorney,

/s/ *Steven N. Fuller*
_____

Steven N. Fuller, Esq.
MA BBO #550224
David J. Freniere, Esq.
MA BBO #552273
Markun Zusman Freniere Compton LLP
40 Grove Street, Suite 275
Wellesley, MA 02482
T 781.489.5464
F 781.772.1483
sfuller@mzclaw.com

dfreniere@mzclaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2021, the foregoing document was served electronically on all counsel of record via the Court's ECF filing system.

      /s/ *Steven N. Fuller*
      _____

      Steven N. Fuller, Esq.