# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YOON DOELGER, and <br> PETER DOELGER, <br><br> *Plaintiffs,* <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., and <br> CHICKASAW CAPITAL MANAGEMENT, LLC, <br><br> *Defendants.* | No. 1:21-cv-11042-AK <br><br> Leave To File Granted On <br> September 7, 2023 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants JPMorgan Chase Bank, N.A. ("JPMC") and Chickasaw Capital Management, LLC ("Chickasaw" and collectively, "Defendants") respectfully move for summary judgement in their favor on all Counts of the complaint filed by Plaintiffs Yoon Doelger and Peter Doelger ("Plaintiffs") on June 23, 2021 (Docket No. 1) (the "Complaint"). As grounds for this Motion, Defendants rely upon and incorporate by reference: (a) the arguments contained in the supporting Memorandum; (b) the declaration of Tracy O. Appleton and the exhibits thereto; and (c) Defendants' Statement of Material Facts Not in Dispute.

In conjunction with this Motion, Defendants are filing herewith:

1. Defendants' Memorandum of Law in Support of their Motion for Summary Judgment;

2. Declaration of Tracy O. Appleton and associated exhibits; and

3. Defendants' Statement of Material Facts Not In Dispute.

**WHEREFORE,** Defendants respectfully request that the Court enter summary judgment in favor of Defendants on all Counts of the Complaint.

Dated: September 28, 2023

Respectfully submitted,

_____
**DONTZIN NAGY & FLEISSIG LLP**
Tibor L. Nagy, Jr.*
Tracy O. Appleton*
William H. LaGrange*
980 Madison Avenue
New York, New York 10075
Tel: 212.717.2900

**MANATT, PHELPS & PHILLIPS LLP**
Joan A. Lukey
177 Huntington Ave.
Boston, MA 02115
Tel: 617.646.1448
jlukey@manatt.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*


    /s/ Ryan R. Baker
_____
**BASS, BERRY & SIMS PLC**
Ryan R. Baker*
Ann A. Agee*
100 Peabody Place, Suite 1300
Memphis, TN 38103
T: 901-543-5705
rbaker@bassberry.com

**FRENIERE LAW GROUP PLLC**
David J. Freniere (BBO No. 552273)
40 Grove Street, Suite 275
Wellesley, MA 02482
dfreniere@frenierelawgroup.com

*Attorneys for Chickasaw Capital Management, LLC*

**\***Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Tracy O. Appleton, hereby certify that this document filed through the CM/ECF system was served electronically to the registered participants as identified on the Notice of Electronic Filing on September 28, 2023, and that paper copies will be sent to those indicated as non-registered participants on September 28, 2023.

/s/ *Tracy O. Appleton*
Tracy O. Appleton