# Exhibit 275

Brigham and Women's Hospital
Founding Member, Mass General Brigham

BWH Main Campus
75 Francis St
Boston MA 02115-6110

Doelger, Peter
MRN: 00343657, DOB: 6/15/1937, Sex: M
Encounter Date: 9/9/2015

## 09/09/2015 - Orders Only in BWH Brigham Circle Medical Associates

**Patient as-of Visit**

### Care Team as of 9/9/2015

**Active**

| Name | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|
| Marshall Alan Wolf, MD | PCP - General | Cardiology | — | 06/02/2015 - 09/29/2015 |
| Marshall Alan Wolf, MD | Partners Attributed Provider | — | — | 03/14/2015 - 03/05/2016 |
| Usha B Tedrow, MD, MS | Historical LMR Provider | — | — | 05/13/2015 - 01/08/2022 |

### Problem List as of 9/9/2015

Problems last reviewed by Marshall Alan Wolf, MD on 8/17/2015 1238

**H/O chronic prostatitis**

| Diagnosis: H/O chronic prostatitis | Noted on: 11/07/1995 | Chronic: No |
|---|---|---|

**Overview Note**

## H/O CHRONIC PROSTATITIS

**Heart murmur**

| Diagnosis: Heart murmur | Noted on: 11/07/1995 | Chronic: No |
|---|---|---|

**Overview Note**

## HEART MURMUR

**Paroxysmal atrial fibrillation**

| Diagnosis: Paroxysmal atrial fibrillation | Noted on: 01/29/2013 | Chronic: No |
|---|---|---|

**Overview Note**

## Paroxysmal atrial fibrillation

**Vertigo**

| Diagnosis: Vertigo | Noted on: 11/07/1995 | Chronic: No |
|---|---|---|

**Overview Note**

## VERTIGO

### Active Coverages as of 9/9/2015

**MEDICARE**

| Plan: MEDICARE PART A & B | Member: 5WC3V17PM19 | Effective from: 6/1/2002 |
|---|---|---|
| Subscriber: DOELGER,PETER | Subscriber ID: 5WC3V17PM19 | Guarantor: DOELGER,PETER |

**BLUE CROSS BLUE SHIELD**

| Plan: BLUE CROSS MEDEX SUPPLEMENT | Group: 991765010 | Member: XXM980433695 |
|---|---|---|

**Brigham and Women's Hospital**
Founding Member, Mass General Brigham

BWH Main Campus
75 Francis St
Boston MA 02115-6110

Doelger, Peter
MRN: 00343657, DOB: 6/15/1937, Sex: M
Encounter Date: 9/9/2015

Case 1:21-cv-11042-AK   Document 302   Filed 11/01/23   Page 3 of 9

## 09/09/2015 - Orders Only in BWH Brigham Circle Medical Associates (continued)

**Patient as-of Visit (continued)**

Effective from: 6/1/2002  
Guarantor: DOELGER,PETER  
Subscriber: DOELGER,PETER  
Subscriber ID: XXM980433695

### Visit Information

**Provider Information**

**Encounter Provider**
Marshall Alan Wolf, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| BWH Brigham Circle Medical Associates | 75 Francis St<br>Shapiro Bldg 3rd Fl<br>Boston MA 02115 | 857-307-4100 | 857-307-1366 |

### Other Orders

**Medications**

**QUEtiapine (SEROQUEL XR) 50 mg Tb24 (Discontinued)**

Electronically signed by: **Marshall Alan Wolf, MD on 09/09/15 0945**       Status: **Discontinued**
Ordering user: Marshall Alan Wolf, MD 09/09/15 0945         Authorized by: Marshall Alan Wolf, MD
Ordering mode: Standard
Frequency: Routine BID 09/09/15 - 08/19/16         Class: Normal
Discontinued by: Chioma Ngumezi Tomlinson, PA-C 08/19/16 1032 [Non-compliance/ Rejected by patient]

### Medication List

**Medication List**

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**apixaban (ELIQUIS) 5 mg tablet**

Discontinued by: Charles A Morris, MD         Discontinued on: 10/13/2015
Reason for discontinuation: Reorder
Instructions: Take 5 mg by mouth 2 (two) times a day.
Entered by: Marshall Alan Wolf, MD         Entered on: 8/17/2015
Start date: 4/28/2015

**QUEtiapine (SEROQUEL XR) 50 mg Tb24**

Discontinued by: Chioma Ngumezi Tomlinson, PA-C         Discontinued on: 8/19/2016
Reason for discontinuation: Non-compliance/ Rejected by patient
Instructions: Take 50 mg by mouth 2 (two) times a day.
Entered by: Marshall Alan Wolf, MD         Entered on: 8/17/2015
Start date: 3/27/2015         End date: 8/19/2016

**QUEtiapine (SEROQUEL XR) 50 mg Tb24**

Discontinued by: Chioma Ngumezi Tomlinson, PA-C         Discontinued on: 8/19/2016
Reason for discontinuation: Non-compliance/ Rejected by patient
Instructions: Take 1 tablet (50 mg total) by mouth 2 (two) times a day.
Authorized by: Marshall Alan Wolf, MD         Ordered on: 9/9/2015
Start date: 9/9/2015         End date: 8/19/2016
Quantity: 120 tablet         Refill: 2

| Brigham and Women's Hospital<br>Founding Member, Mass General Brigham | BWH Main Campus<br>75 Francis St<br>Boston MA 02115-6110 | Doelger, Peter<br>MRN: 00343657, DOB: 6/15/1937, Sex: M<br>Encounter Date: 9/9/2015 |
|---|---|---|

### 09/09/2015 - Orders Only in BWH Brigham Circle Medical Associates (continued)

**Medication List (continued)**

**Stopped in Visit**

None

---

**Brigham and Women's Hospital**
Founding Member, Mass General Brigham

BWH Main Campus
75 Francis St
Boston MA 02115-6110

Doelger, Peter
MRN: 00343657, DOB: 6/15/1937, Sex: M
Acct #: 6019812858
Encounter Date: 9/9/2015

## 09/09/2015 - Office Visit in BWH Brigham Circle Medical Associates

**Patient as-of Visit**

**Care Team** as of 9/9/2015

**Active**

| Name | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|
| Marshall Alan Wolf, MD | PCP - General | Cardiology | — | 06/02/2015 - 09/29/2015 |
| Marshall Alan Wolf, MD | Partners Attributed Provider | — | — | 03/14/2015 - 03/05/2016 |
| Usha B Tedrow, MD, MS | Historical LMR Provider | — | — | 05/13/2015 - 01/08/2022 |

**Problem List** as of 9/9/2015

Problems last reviewed by Marshall Alan Wolf, MD on 8/17/2015 1238

**H/O chronic prostatitis**

| Diagnosis: H/O chronic prostatitis | Noted on: 11/07/1995 | Chronic: No |

**Overview Note**

H/O CHRONIC PROSTATITIS

**Heart murmur**

| Diagnosis: Heart murmur | Noted on: 11/07/1995 | Chronic: No |

**Overview Note**

HEART MURMUR

**Paroxysmal atrial fibrillation**

| Diagnosis: Paroxysmal atrial fibrillation | Noted on: 01/29/2013 | Chronic: No |

**Overview Note**

Paroxysmal atrial fibrillation

**Vertigo**

| Diagnosis: Vertigo | Noted on: 11/07/1995 | Chronic: No |

**Overview Note**

VERTIGO

**Active Coverages** as of 9/9/2015

**MEDICARE**

| Plan: MEDICARE PART A & B | Member: 5WC3V17PM19 | Effective from: 6/1/2002 |
| Subscriber: DOELGER,PETER | Subscriber ID: 5WC3V17PM19 | Guarantor: DOELGER,PETER |

**BLUE CROSS BLUE SHIELD**

| Plan: BLUE CROSS MEDEX | Group: 991765010 | Member: XXM980433695 |

**Brigham and Women's Hospital**
Founding Member, Mass General Brigham

BWH Main Campus
75 Francis St
Boston MA 02115-6110

Doelger, Peter
MRN: 00343657, DOB: 6/15/1937, Sex: M
Acct #: 6019812858
Encounter Date: 9/9/2015

## 09/09/2015 - Office Visit in BWH Brigham Circle Medical Associates (continued)

**Patient as-of Visit (continued)**

SUPPLEMENT
Effective from: 6/1/2002
Guarantor: DOELGER,PETER

Subscriber: DOELGER,PETER

Subscriber ID: XXM980433695

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Marshall Alan Wolf, MD | Marshall Alan Wolf, MD | Marshall Alan Wolf, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| BWH Brigham Circle Medical Associates | 75 Francis St<br>Shapiro Bldg 3rd Fl<br>Boston MA 02115 | 857-307-4100 | 857-307-1366 |

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE OUTPATIENT VISIT 25 MINUTES** |

**Reason for Visit**

**Chief Complaint**
- Follow-up

**Visit Diagnoses**
- **Paroxysmal atrial fibrillation (primary)**
- Emotional lability

**Progress Notes**

**Progress Notes by Marshall Alan Wolf, MD at 9/9/2015 1105**

Author: Marshall Alan Wolf, MD
Filed: 9/9/2015 11:10 AM
Editor: Marshall Alan Wolf, MD (Physician)

Service: —
Encounter Date: 9/9/2015

Author Type: Physician
Status: Signed

Peter comes in today  In f/u o his recent ED visit at the MGH.  I told him that he had almost been committed for psychiatric care.  I told him my concern was that if her did not take his medications,  He would have additonal similar misadventures and would end up as an in-pt.

He told me he has seen David Treadway twice. He was not aware that Dr. Treadway is a PhD psycologist and can not prescribe rx.  He asked me not to contact Dr. Treadway , a decision we will discuss when he calls me next week.

He did tell me that Paul Roberts, his attorney, wished to speak with me and gave me permission to speak with Mr. Roberts.

He is taking seroquel 50 bid and promises to do so faithfully until next we speak.

Electronically signed by Marshall Alan Wolf, MD at 9/9/2015 11:10 AM

**Brigham and Women's Hospital**
Founding Member, Mass General Brigham

BWH Main Campus
75 Francis St
Boston MA 02115-6110

Doelger, Peter
MRN: 00343657, DOB: 6/15/1937, Sex: M
Acct #: 6019812858
Encounter Date: 9/9/2015

## 09/09/2015 - Office Visit in BWH Brigham Circle Medical Associates (continued)

### Medication List

#### Medication List

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**apixaban (ELIQUIS) 5 mg tablet**

| | |
|---|---|
| Discontinued by: Charles A Morris, MD | Discontinued on: 10/13/2015 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 5 mg by mouth 2 (two) times a day. | |
| Entered by: Marshall Alan Wolf, MD | Entered on: 8/17/2015 |
| Start date: 4/28/2015 | |

**QUEtiapine (SEROQUEL XR) 50 mg Tb24**

| | |
|---|---|
| Discontinued by: Chioma Ngumezi Tomlinson, PA-C | Discontinued on: 8/19/2016 |
| Reason for discontinuation: Non-compliance/ Rejected by patient | |
| Instructions: Take 50 mg by mouth 2 (two) times a day. | |
| Entered by: Marshall Alan Wolf, MD | Entered on: 8/17/2015 |
| Start date: 3/27/2015 | End date: 8/19/2016 |

**Stopped in Visit**

None

### Flowsheets

**Custom Formula Data**

| Row Name | 09/09/15 0906 | 09/09/15 0900 |
|---|---|---|
| **OTHER** | | |
| Systolic | 130  -EG at 09/09/15 0906 | — |
| WEIGHT(lbs) for BMI 25 | 174.25 lbs  -EG at 09/09/15 0906 | — |
| Current Excess Body Weight | -14.25 lbs  -EG at 09/09/15 0906 | — |
| Percent Excess Weight Lost: | 91.82  -EG at 09/09/15 0906 | — |
| 24 hr weight change | Less than two weights documented in 24 hours  -EG at 09/09/15 0906 | — |
| SPO2 | 97  -EG at 09/09/15 0906 | — |
| Pulse | 78  -EG at 09/09/15 0906 | — |
| Diastolic | 64  -EG at 09/09/15 0906 | — |
| Weight Loss Since Surgery | -160 lbs  -EG at 09/09/15 0906 | — |
| % Weight Change Since Birth | 0 %  -EG at 09/09/15 0906 | — |
| PHQ-9 Total Score | — | 0  -EG at 09/09/15 0907 |
| **Max Heart Rate** | | |
| 60% Max Heart Rate | 92.04  -EG at 09/09/15 0906 | — |

**Brigham and Women's Hospital**
Founding Member, Mass General Brigham

BWH Main Campus
75 Francis St
Boston MA 02115-6110

Doelger, Peter
MRN: 00343657, DOB: 6/15/1937, Sex: M
Acct #: 6019812858
Encounter Date: 9/9/2015

## 09/09/2015 - Office Visit in BWH Brigham Circle Medical Associates (continued)

### Flowsheets (continued)

| | | |
|---|---|---|
| 70% Max Heart Rate | 115.05  -EG at 09/09/15 0906 | — |
| 85% Max Heart Rate | 122.72  -EG at 09/09/15 0906 | — |

**PHQ-2 Depression Screening**

| | | |
|---|---|---|
| PHQ-2 Score | — | 0  -EG at 09/09/15 0907 |

### Depression Screening

| Row Name | 09/09/15 0900 |
|---|---|
| Over the last 2 weeks, how often have you been bothered by any of the following problems? | |
| Little interest or pleasure in doing things | Not at all  -EG at 09/09/15 0907 |
| Feeling down, depressed, or hopeless | Not at all  -EG at 09/09/15 0907 |
| PHQ-2 Score | 0  -EG at 09/09/15 0907 |

### Encounter Vitals

| Row Name | 09/09/15 0906 |
|---|---|
| Enc Vitals | |
| BP | 130/64  -EG at 09/09/15 0906 |
| Pulse | 78  -EG at 09/09/15 0906 |
| SpO2 | 97 %  -EG at 09/09/15 0906 |
| Weight | 72.6 kg (160 lb)  -EG at 09/09/15 0906 |

### Falls Screening

| Row Name | 09/09/15 0907 |
|---|---|
| STRIDE Falls Screening | |
| Have you fallen and hurt yourself in the past year? | No (P)  -EG at 09/09/15 0907 |
| Are you afraid that you might fall because of balance or walking problems? | No (P)  -EG at 09/09/15 0907 |
| Do you have difficulty maintaining your balance when bathing, dressing or getting in and out of a chair? | No (P)  -EG at 09/09/15 0907 |
| Do you use a cane, walker or other device when walking inside or outside your home? | No (P)  -EG at 09/09/15 0907 |

**Brigham and Women's Hospital**  
Founding Member, Mass General Brigham

BWH Main Campus  
75 Francis St  
Boston MA 02115-6110

Doelger, Peter  
MRN: 00343657, DOB: 6/15/1937, Sex: M  
Acct #: 6019812858  
Encounter Date: 9/9/2015

## 09/09/2015 - Office Visit in BWH Brigham Circle Medical Associates (continued)

**Flowsheets (continued)**

**User Key**  (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| EG | Edvania X Greeley | 06/08/15 - 10/30/15 | Medical Assistant | — |