# Exhibit A

| Exhibit Number | Docket Number | Designation |
|---|---|---|
| 1 | Dkt. No. 276-1 | Public |
| 2 | Dkt. No. 276-2 | Public |
| 3 | Dkt. No. 276-3 | Public |
| 4 | Dkt. No. 276-4 | Public |
| 5 | Dkt. No. 276-5 | Seal |
| 5A | Dkt. No. 276-192 | Redact |
| 6 | Dkt. No. 276-6 | Public |
| 7 | Dkt. No. 276-7 | Public |
| 8 | Dkt. No. 276-8 | Public |
| 9 | Dkt. No. 276-9 | Public |
| 10 | Dkt. No. 276-10 | Public |
| 11 | Dkt. No. 276-11 | Public |
| 12 | Dkt. No. 276-12 | Public |
| 13 | Dkt. No. 276-13 | Public |
| 14 | Dkt. No. 276-14 | Public |
| 15 | Dkt. No. 276-15 | Public |
| 16 | Dkt. No. 276-16 | Public |
| 17 | Dkt. No. 276-17 | Public |
| 18 | Dkt. No. 276-18 | Public |
| 19 | Dkt. No. 276-19 | Public |
| 20 | Dkt. No. 276-20 | Public |
| 21 | Dkt. No. 276-21 | Public |
| 22 | Dkt. No. 276-22 | Public |
| 23 | Dkt. No. 276-23 | Public |
| 24 | Dkt. No. 276-24 | Public |
| 25 | Dkt. No. 276-25 | Public |
| 26 | Dkt. No. 276-26 | Public |
| 27 | Dkt. No. 276-27 | Public |
| 28 | Dkt. No. 276-28 | Public |
| 29 | Dkt. No. 276-29 | Public |
| 30 | Dkt. No. 276-30 | Public |
| 31 | Dkt. No. 276-31 | Public |
| 32 | Dkt. No. 276-32 | Public |
| 33 | Dkt. No. 276-33 | Public |
| 34 | Dkt. No. 276-34 | Public |
| 35 | Dkt. No. 276-35 | Public |
| 36 | Dkt. No. 276-36 | Public |
| 37 | Dkt. No. 276-37 | Public |
| 38 | Dkt. No. 276-38 | Public |
| 39 | Dkt. No. 276-39 | Seal |

| | | |
|---|---|---|
| 40 | Dkt. No. 276-40 | Public |
| 41 | Dkt. No. 276-41 | Public |
| 42 | Dkt. No. 276-42 | Public |
| 43 | Dkt. No. 276-43 | Public |
| 44 | Dkt. No. 276-44 | Public |
| 45 | Dkt. No. 276-45 | Public |
| 46 | Dkt. No. 276-46 | Public |
| 47 | Dkt. No. 276-47 | Public |
| 48 | Dkt. No. 276-48 | Public |
| 49 | Dkt. No. 276-49 | Public |
| 50 | Dkt. No. 276-50 | Public |
| 51 | Dkt. No. 276-51 | Public |
| 52 | Dkt. No. 276-52 | Public |
| 53 | Dkt. No. 276-53 | Public |
| 54 | Dkt. No. 276-54 | Public |
| 55 | Dkt. No. 276-55 | Public |
| 56 | Dkt. No. 276-56 | Public |
| 57 | Dkt. No. 276-57 | Public |
| 58 | Dkt. No. 276-58 | Public |
| 59 | Dkt. No. 276-59 | Public |
| 60 | Dkt. No. 276-60 | Public |
| 61 | Dkt. No. 276-61 | Public |
| 62 | Dkt. No. 276-62 | Public |
| 63 | Dkt. No. 276-63 | Public |
| 64 | Dkt. No. 276-64 | Public |
| 65 | Dkt. No. 276-65 | Public |
| 66 | Dkt. No. 276-66 | Public |
| 67 | Dkt. No. 276-67 | Public |
| 68 | Dkt. No. 276-68 | Public |
| 69 | Dkt. No. 276-69 | Public |
| 70 | Dkt. No. 276-70 | Public |
| 71 | Dkt. No. 276-71 | Public |
| 72 | Dkt. No. 276-72 | Public |
| 73 | Dkt. No. 276-73 | Public |
| 74 | Dkt. No. 276-74 | Public |
| 75 | Dkt. No. 276-75 | Public |
| 76 | Dkt. No. 276-76 | Public |
| 77 | Dkt. No. 276-77 | Public |
| 78 | Dkt. No. 276-78 | Public |
| 79 | Dkt. No. 276-79 | Public |
| 80 | Dkt. No. 276-80 | Public |

| | | |
|---|---|---|
| 81 | Dkt. No. 276-81 | Public |
| 82 | Dkt. No. 276-82 | Public |
| 83 | Dkt. No. 276-83 | Public |
| 84 | Dkt. No. 276-84 | Public |
| 85 | Dkt. No. 276-85 | Public |
| 86 | Dkt. No. 276-86 | Public |
| 87 | Dkt. No. 276-87 | Public |
| 88 | Dkt. No. 276-88 | Public |
| 89 | Dkt. No. 276-89 | Public |
| 90 | Dkt. No. 276-90 | Public |
| 91 | Dkt. No. 276-91 | Public |
| 92 | Dkt. No. 276-92 | Public |
| 93 | Dkt. No. 276-93 | Public |
| 94 | Dkt. No. 276-94 | Public |
| 95 | Dkt. No. 276-95 | Public |
| 96 | Dkt. No. 276-96 | Public |
| 97 | Dkt. No. 276-97 | Public |
| 98 | Dkt. No. 276-98 | Public |
| 99 | Dkt. No. 276-99 | Public |
| 100 | Dkt. No. 276-100 | Public |
| 101 | Dkt. No. 276-101 | Public |
| 102 | Dkt. No. 276-102 | Public |
| 103 | Dkt. No. 276-103 | Public |
| 104 | Dkt. No. 276-104 | Public |
| 105 | Dkt. No. 276-105 | Public |
| 106 | Dkt. No. 276-106 | Public |
| 107 | Dkt. No. 276-107 | Public |
| 108 | Dkt. No. 276-108 | Public |
| 109 | Dkt. No. 276-109 | Public |
| 110 | Dkt. No. 276-110 | Public |
| 111 | Dkt. No. 276-111 | Public |
| 112 | Dkt. No. 276-112 | Public |
| 113 | Dkt. No. 276-113 | Public |
| 114 | Dkt. No. 276-114 | Public |
| 115 | Dkt. No. 276-115 | Public |
| 116 | Dkt. No. 276-116 | Public |
| 117 | Dkt. No. 276-117 | Public |
| 118 | Dkt. No. 276-118 | Public |
| 119 | Dkt. No. 276-119 | Public |
| 120 | Dkt. No. 276-120 | Public |
| 121 | Dkt. No. 276-121 | Public |

| | | |
|---|---|---|
| 122 | Dkt. No. 276-122 | Public |
| 123 | Dkt. No. 276-123 | Public |
| 124 | Dkt. No. 276-124 | Public |
| 125 | Dkt. No. 276-125 | Public |
| 126 | Dkt. No. 276-126 | Public |
| 127 | Dkt. No. 276-127 | Public |
| 128 | Dkt. No. 276-128 | Public |
| 129 | Dkt. No. 276-129 | Public |
| 130 | Dkt. No. 276-130 | Public |
| 131 | Dkt. No. 276-131 | Public |
| 132 | Dkt. No. 276-132 | Public |
| 133 | Dkt. No. 276-133 | Public |
| 134 | Dkt. No. 276-134 | Public |
| 135 | Dkt. No. 276-135 | Public |
| 136 | Dkt. No. 276-136 | Public |
| 137 | Dkt. No. 276-137 | Public |
| 138 | Dkt. No. 276-138 | Public |
| 139 | Dkt. No. 276-139 | Public |
| 140 | Dkt. No. 276-140 | Public |
| 141 | Dkt. No. 276-141 | Public |
| 142 | Dkt. No. 276-142 | Seal |
| 143 | Dkt. No. 276-143 | Public |
| 144 | Dkt. No. 276-144 | Public |
| 145 | Dkt. No. 276-145 | Public |
| 146 | Dkt. No. 276-146 | Public |
| 147 | Dkt. No. 276-147 | Public |
| 148 | Dkt. No. 276-148 | Public |
| 149 | Dkt. No. 276-149 | Public |
| 150 | Dkt. No. 276-150 | Seal |
| 151 | Dkt. No. 276-151 | Public |
| 152 | Dkt. No. 276-152 | Seal |
| 153 | Dkt. No. 276-153 | Public |
| 154 | Dkt. No. 276-154 | Public |
| 155 | Dkt. No. 276-155 | Public |
| 156 | Dkt. No. 276-156 | Seal |
| 157 | Dkt. No. 276-157 | Public |
| 158 | Dkt. No. 2761-58 | Public |
| 159 | Dkt. No. 276-159 | Public |
| 160 | Dkt. No. 276-160 | Public |
| 161 | Dkt. No. 276-161 | Public |
| 162 | Dkt. No. 276-162 | Public |

| | | |
|---|---|---|
| 163 | Dkt. No. 276-163 | Public |
| 164 | Dkt. No. 276-164 | Public |
| 165 | Dkt. No. 276-165 | Public |
| 166 | Dkt. No. 276-166 | Public |
| 167 | Dkt. No. 276-167 | Public |
| 168 | Dkt. No. 276-168 | Public |
| 169 | Dkt. No. 276-169 | Public |
| 170 | Dkt. No. 276-170 | Public |
| 171 | Dkt. No. 276-171 | Public |
| 172 | Dkt. No. 276-172 | Public |
| 173 | Dkt. No. 276-173 | Public |
| 174 | Dkt. No. 276-174 | Public |
| 175 | Dkt. No. 276-175 | Public |
| 176 | Dkt. No. 276-176 | Omitted |
| 177 | Dkt. No. 276-177 | Public |
| 178 | Dkt. No. 276-178 | Public |
| 179 | Dkt. No. 276-179 | Public |
| 180 | Dkt. No. 276-180 | Public |
| 181 | Dkt. No. 276-181 | Public |
| 182 | Dkt. No. 276-182 | Public |
| 183 | Dkt. No. 276-183 | Public |
| 184 | Dkt. No. 276-184 | Public |
| 185 | Dkt. No. 276-185 | Public |
| 186 | Dkt. No. 276-186, | Public |
| 187 | Dkt. No. 276-187 | Public |
| 188 | Dkt. No. 276-188 | Public |
| N/A | Dkt. No. 276-189 | Public |
| 181 | Dkt. No. 276-190 | Public |
| 186 | Dkt. No. 276-191 | Public |
| 5A | Dkt. No. 276-192 | Redact |
| 548 | Dkt. No. 321-2 | Redact |
| 549 | Dkt. No. 321-3 | Public |
| 550 | Dkt. No. 321-4 | Public |
| 551 | Dkt. No. 321-5 | Public |
| 552 | Dkt. No. 321-6 | Public |
| 553 | Dkt. No. 321-7 | Public |
| 554 | Dkt. No. 321-8 | Public |
| 555 | Dkt. No. 321-9 | Public |
| 556 | Dkt. No. 321-10 | Public |
| 557 | Dkt. No. 321-11 | Public |
| 558 | Dkt. No. 321-12 | Public |

| | | |
|---|---|---|
| 559 | Dkt. No. 321-13 | Public |
| 560 | Dkt. No. 321-14 | Public |
| 561 | Dkt. No. 321-15 | Public |
| 562 | Dkt. No. 321-16 | Public |
| 563 | Dkt. No. 321-17, 19 | Public |