UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YOON DOELGER, and<br>PETER DOELGER,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., *et al.*<br><br>*Defendants*. | No. 1:21-cv-11042-AK |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S INJUNCTION MOTION IN LIGHT OF FINRA'S DISMISSAL OF THE DOELGERS' DUPLICATIVE ARBITRATION**

Defendant JPMorgan Chase Bank, N.A. ("JPMC") respectfully writes to notify the Court of a recent ruling in the arbitration matter *Doelger v. J.P. Morgan Securities, LLC*, FINRA Case No. 23-02750 (the "Arbitration") and to withdraw without prejudice its Motion to Enjoin Plaintiffs From Pursuing Their Duplicative FINRA Arbitration (the "Injunction Motion") (Doc. No. 374).

On July 2, 2024, the FINRA Dispute Resolution Services panel issued an order granting respondent J.P. Morgan Securities, LLC's motion to dismiss all of the Doelgers' claims in the Arbitration and setting forth six enumerated grounds for that decision. A copy of that order is attached hereto as Exhibit A for the Court's convenience.

In light of the foregoing decision, JPMC respectfully requests that its Injunction Motion be withdrawn, without prejudice to refile should Plaintiffs pursue further their Arbitration claims.

1

Dated:  July 3, 2024

Respectfully submitted,

_____
**DONTZIN NAGY & FLEISSIG**
Tibor L. Nagy, Jr.*
Tracy O. Appleton*
William H. LaGrange*
31 East 62nd St.
New York, New York 10065
Tel: 212.717.2900
tappleton@dnfllp.com

**MANATT, PHELPS & PHILLIPS LLP**
Joan A. Lukey (BBO #307340)
Max A. Jacobs (BBO #707327)
One Beacon Street, Suite 28-200
Boston, MA 02108
Tel: 617.646.1488
jlukey@manatt.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

3

**CERTIFICATE OF SERVICE**

      I, Tracy O. Appleton, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 3, 2024, and that paper copies will be sent to those indicated as non-registered participants on July 3, 2024.

                                               */s/ Tracy O. Appleton*
                                               Tracy O. Appleton