UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YOON DOELGER, and<br>PETER DOELGER,<br><br>         *Plaintiffs,*<br><br>  vs.<br><br>JPMORGAN CHASE BANK, N.A., and<br>CHICKASAW CAPITAL MANAGEMENT,<br>LLC,<br><br>         *Defendants.* | No. 1:21-cv-11042-AK |

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT JPMORGAN CHASE BANK, N.A.'S COUNTERCLAIMS WITHOUT PREJUDICE**

  Defendants JPMorgan Chase Bank, N.A. ("JPMC") and Chickasaw Capital Management, LLC, together with Plaintiffs Yoon Doelger and Peter Doelger (the "Parties"), enter into this Stipulation and [Proposed] Order (the "Order"), which they understand and intend will become effective only when ordered by the Court. The Parties' arguments in support of this Order are set forth in (a) JPMC's Motion for Entry of Partial Final Judgment on Plaintiffs' Claims and Dismissal Without Prejudice, or a Stay, of its Counterclaims (Doc. No. 422-423); and (b) the Parties' Joint Motion for Entry of Partial Final Judgment on Plaintiffs' Claims; Dismissal Without Prejudice, or a Stay, of JPMC's Counterclaims; and a Stay of any Motions for Fees or Costs (collectively, the "Motions").

  The Parties hereby stipulate and, having considered the Motions, the Court hereby **ORDERS** that:

  1. JPMC's counterclaims (as set forth in Counts I–III of its Answer, *see* Doc. No. 25 at 93–96) are dismissed without prejudice to JPMC's right to reassert those claims under

1

one of the following two circumstances: (1) in this action, but only in the event that any of Plaintiffs' claims are reinstated after appeal of any final judgment dismissing Plaintiffs' claims, or (2) in any action Plaintiffs commence in which they assert the same or substantially similar claims.

2. In the event any of Plaintiffs' claims are reinstated following an appeal of any final judgment dismissing Plaintiffs' claims, JPMC's counterclaims will, upon JPMC's request after remand, be reinstated *nunc pro tunc* to their status immediately prior to their dismissal without prejudice pursuant to this Order.

**SO ORDERED.**

                                                                                 _____
The Hon. Angel Kelley
U.S. District Judge

Dated: _____, 2024

Dated: October 25, 2024

 /s/ James R. Serritella
**KIM & SERRITELLA LLP**
James R. Serritella*
110 W. 40th Street, 10th Floor
New York, NY 10018
Tel: (212) 960-8345
jserritella@kandslaw.com


**GARDNER & ROSENBERG P.C.**
Joshua W. Gardner (BBO No. 657347)
One State Street, Fourth Floor
Boston, MA 02109
Tel. (617) 390-7570
josh@gardnerrosenberg.com

*Attorneys for Plaintiffs Yoon Doelger and Peter Doelger*

Respectfully submitted,

 /s/ Tracy O. Appleton
**DONTZIN NAGY & FLEISSIG**
Tibor L. Nagy, Jr.*
Tracy O. Appleton*
William H. LaGrange*
31 East 62nd St.
New York, New York 10065
Tel: 212.717.2900
tibor@dnfllp.com
tappleton@dnfllp.com

**MANATT, PHELPS & PHILLIPS LLP**
Joan A. Lukey (BBO #307340)
Max A. Jacobs (BBO #707327)
One Beacon Street, Suite 28-200
Boston, MA 02108
Tel: 617.646.1488
jlukey@manatt.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*


 /s/ Ryan R. Baker
**BASS, BERRY & SIMS PLC**
Ryan R. Baker*
The Tower at Peabody Place
100 Peabody Place Suite 1300
Memphis, TN 38103-3649
Tel: 901.543.5705
rbaker@bassberry.com

**FRENIERE LAW GROUP PLLC**
40 Grove Street, Suite 275
Wellesley, MA 02482
Tel: 781.489.5464
dfreniere@frenierelawgroup.com

*Attorneys for Defendant Chickasaw Capital Management, LLC*

*Admitted pro hac vice

3