UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YOON DOELGER, and
PETER DOELGER,

*Plaintiffs,*

vs.

JPMORGAN CHASE BANK, N.A., and
CHICKASAW CAPITAL MANAGEMENT,
LLC,

*Defendants.*

No. 1:21-cv-11042-AK

**[PROPOSED] ORDER STAYING DEFENDANT
JPMORGAN CHASE BANK, N.A.'S COUNTERCLAIMS**

Having considered (a) Defendant JPMorgan Chase Bank, N.A.'s ("JPMC") Motion for Entry of Partial Final Judgment on Plaintiffs' Claims and Dismissal Without Prejudice, or a Stay, of its Counterclaims (Doc. No. 422-423), and (b) the parties' Joint Motion for Entry of Partial Final Judgment on Plaintiffs' Claims; Dismissal Without Prejudice, or a Stay, of JPMC's Counterclaims; and a Stay of any Motions for Fees or Costs, it is hereby **ORDERED:**

1. JPMC's counterclaims (as set forth in Counts I–III of its Answer, *see* Doc. No. 25 at 93–96) are stayed pending the resolution of any appeal of any final judgment dismissing Plaintiffs' claims.

2. This stay will remain in effect until lifted by further order of this Court.

**SO ORDERED.**

                                                                                                      _____
                                                                                                         The Hon. Angel Kelley
                                                                                                          U.S. District Judge

Dated: _____, 2024