## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

YOON DOELGER, and
PETER DOELGER,

*Plaintiffs,*

vs.

JPMORGAN CHASE BANK, N.A., and
CHICKASAW CAPITAL MANAGEMENT,
LLC,

*Defendants.*

No. 1:21-cv-11042-AK

## [PROPOSED] ORDER STAYING DEFENDANTS' APPLICATIONS FOR FEES OR COSTS

Having considered the parties' Joint Motion for Entry of Partial Final Judgment on Plaintiffs' Claims; Dismissal Without Prejudice, or a Stay, of JPMC's Counterclaims; and a Stay of any Motions for Fees or Costs, it is hereby **ORDERED:**

1. All deadlines and other proceedings concerning any application by Defendants for fees or costs are hereby stayed pending the resolution of any appeal of any final judgment dismissing Plaintiffs' claims.

2. This stay will remain in effect until lifted by further order of this Court.

**SO ORDERED.**

_____
The Hon. Angel Kelley
U.S. District Judge

Dated: _____ 2024

1