# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

**Case Caption:** Doelger et al v. JPMorgan Chase Bank, N.A. et al

**District Court Number:** 21cv11042-AK

**Fee:** Paid? Yes _X_ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

**Motions Pending** Yes _X_ No ____
*If yes, document #* 422,424

**Sealed documents** Yes _X_ No ____
*If yes, document #* 25,193,241,243,262,268

***Ex parte* documents** Yes ____ No _X_
*If yes, document #* ____

**Transcripts** Yes _X_ No ____
*If yes, document #* 61,70,153,208,218,286

**Notice of Appeal filed by:** Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

**Appeal from:**

#271 Order, #343 Electronic Order, #383 Magistrate Judge Report and Recommendations, #418 Memorandum and Order

**Other information:**

(Add. Sealed:276,279,300,301,314,321,324,334 ) (Add. Transcripts: 294,368,404,406)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#271, #343, #383, #418, and #426

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 426 filed on October 28, 2024.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 29, 2024.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**