AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

PETER DOELGER AND YOON DOELGER

*Plaintiff*

v.   Case No. 1:21-cv-11042-AK

JP MORGAN CHASE BANK, N.A., et. al.

*Defendant*

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for: JP MORGAN CHASE BANK, N.A

Date: 11/07/2024

/s/ Joan A. Lukey
*Attorney's signature*

Joan A. Lukey, BBO 307340
*Printed name and bar number*

MANATT, PHELPS & PHILLIPS, LLP
One Beacon Street
Suite 28-200
Boston, MA 02108
*Address*

jlukey@manatt.com
*E-mail address*

(617) 646-1448
*Telephone number*

*FAX number*