**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| YOON DOELGER, and PETER DOELGER, <br><br> *Plaintiffs,* <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., and CHICKASAW CAPITAL MANAGEMENT, LLC, <br><br> *Defendants.* | No. 1:21-cv-11042-AK |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c), attorney William H. LaGrange of Dontzin Nagy & Fleissig ("DNF") requests leave to withdraw as counsel for defendant JPMorgan Chase Bank, N.A. ("JPMC"), due to his departure from DNF.  Mr. LaGrange's withdrawal will not prejudice the parties or delay this litigation in any manner.  Attorneys Tibor L. Nagy, Jr. and Tracy O. Appleton, along with local counsel Joan A. Lukey and Max A. Jacobs, remain as counsel for JPMC and continue to represent JPMC in this case.

Dated:  January 9, 2025

Respectfully submitted,

*/s/ William H. LaGrange*
**DONTZIN NAGY & FLEISSIG**
William H. LaGrange*
31 East 62nd St.
New York, New York 10065
Tel: 212.717.2900
wlagrange@dnfllp.com

*Attorney for Defendant JPMorgan Chase Bank, N.A.*

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I, William H. LaGrange, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 9, 2025, and that paper copies will be sent to those indicated as non-registered participants on January 9, 2025.

/s/ *William H. LaGrange*
William H. LaGrange