UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YOON DOELGER and<br>PETER DOELGER,<br><br>              Plaintiffs,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A. and<br>CHICKASAW CAPITAL MANAGEMENT, LLC,<br><br>              Defendants. | Civil Action No. 1:21-cv-11042-AK |

**PLAINTIFFS' RESPONSE TO JPMORGAN CHASE BANK, N.A.'S SUR-REPLY**

    The purported "opposition" (Doc. No. 458) (the "Sur-Reply") filed by JPMorgan Chase Bank, N.A. ("JP Morgan") appears to be a sur-reply disguised as an opposition to Plaintiffs' Motion for Leave to Reply (Doc. No. 456). The Sur-Reply mainly responds to arguments raised in Plaintiffs' proposed reply (Doc. No. 456-1). JP Morgan also failed to confer with Plaintiffs regarding its intent to file a Sur-Reply, and for this reason alone, the filing should be struck. In any event, Plaintiffs do not object to the Court considering JP Morgan's Sur-Reply, especially given that regardless of how the District Court rules, it is likely the non-prevailing party will seek relief from the First Circuit in connection with Plaintiffs' appeal. For the sake of efficiency, there should be a complete record.

 Dated:  January 17, 2025                Respectfully submitted,

                                               YOON DOELGER and PETER DOELGER

                                               By their attorneys,

/s/ James R. Serritella
James R. Serritella*
Mario Cacciola*
Hannah R. Freiman*
KIM & SERRITELLA LLP
110 W. 40th Street, 10th Floor
New York, NY 10018
T - (212) 960-8345
jserritella@kandslaw.com
**Pro Hac Vice*

Joshua W. Gardner (BBO No. 657347)
GARDNER & ROSENBERG P.C.
One State Street, Fourth Floor
Boston, Massachusetts 02109
T - (617) 390-7570
josh@gardnerrosenberg.com

## CERTIFICATE OF SERVICE

I certify that on this date the foregoing response was filed electronically with the Clerk of the Court by CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of this Court's CM/ECF electronic filing system. Parties may access this filing through the Court's system.

Date: January 17, 2025                                                    /s/ James R. Serritella
                                                                          James R. Serritella